IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-cr-125-F-2

UNITED STATES OF AMERICA :
:
v. :
:
EDDIE WILLIAM HALL :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on May 3, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty to 21 U.S.C. § 846, and agreeing to the forfeiture of the property listed in the May 3, 2012 Preliminary Order of Forfeiture, to wit: (a) $203.00 seized from 8964 Black Chestnut Drive, Leland, North Carolina and (b) $960.00 seized from Eddie Hall, both on August 22, 2011 - a total of $1,163.00.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between May 17, 2012 and June 15, 2012, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's May 3, 2012 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the May 3, 2012 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this ___6th___ of day __November__, 2013.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE